**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

Jewell Christian Stewart
Assistant United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
Jewell.Stewart@usdoj.gov

main: (973) 297-2024
direct: (862) 412-7410
fax: (973) 645-2702

October 2, 2026

**BY ECF**
Honorable Robert Kirsch, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Velasco Gonzalez v. Mullin, et al.*, No. 3:26-cv-06923 (RK)**
**Petitioner's Release**

Dear Judge Kirsch:

This Office represents Respondents in this habeas action. We respectfully write to inform the Court that U.S. Immigration and Customs Enforcement ("ICE") has informed this Office that Petitioner has posted bond and was released from custody on September 10, 2026.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** October 29, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jewell C. Stewart*
JEWELL CHRISTIAN STEWART
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)